UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| In re: | § | Case No. 16-11123-ABL |
|---|---|---|
| | § | |
| 72247 RE VENTURES INCORPORATED | § § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    Lenard E. Schwartzer, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)    All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

    2)    A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $5,000.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $4,021,454.35 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $396,546.86 | | |

    3)    Total gross receipts of $4,418,001.21  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $4,418,001.21 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $5,051,026.89 | $4,021,454.35 | $4,021,454.35 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $533,292.86 | $533,138.89 | $396,546.86 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $500,000.00 | $500,000.00 | $500,000.00 | $0.00 |
| **Total Disbursements** | $500,000.00 | $6,084,319.75 | $5,054,593.24 | $4,418,001.21 |

4). This case was originally filed under chapter 7 on 03/04/2016. The case was pending for 28 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/09/2018        By:    /s/ Lenard E. Schwartzer
                                               Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2680 Aspen Springs Drive Park City, UT 84070 | 1110-000 | $4,398,001.21 |
| Bankruptcy Trustee Release Fee | 1229-000 | $20,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$4,418,001.21** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | REAL TIME RESOLUTION | 4110-000 | $0.00 | $1,029,572.54 | $0.00 | $0.00 |
| | Nationstar Mortgage | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Payoff of First Mortgage Loan to Nationstar Mortgage, LLC | 4110-000 | $0.00 | $3,791,181.30 | $3,791,181.30 | $3,791,181.30 |
| | Payoff of Second Mortgage Loan to Real Time Resolutions | 4110-000 | $0.00 | $200,000.00 | $200,000.00 | $200,000.00 |
| | Payoff Utah State Tax Lien to Utah State Tax Commission | 4700-000 | $0.00 | $30,273.05 | $30,273.05 | $30,273.05 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$5,051,026.89** | **$4,021,454.35** | **$4,021,454.35** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Victoria L. Nelson, Trustee | 2100-000 | NA | $155,790.04 | $155,790.04 | $19,198.01 |
| Victoria L. Nelson, Trustee | 2200-000 | NA | $240.77 | $86.80 | $86.80 |
| Final Assessments to Park City Municipal | 2500-000 | NA | $284.68 | $284.68 | $284.68 |
| Payoff AMEX Judgment to American | 2500-000 | NA | $5,000.00 | $5,000.00 | $5,000.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Express Centurion Bank | | | | | |
| Payoff to AMEX Judgment to American Express Centurion Bank | 2500-000 | NA | $17,760.00 | $17,760.00 | $17,760.00 |
| Payoff Water Share Lien to Western Mortgage | 2500-000 | NA | $75,000.00 | $75,000.00 | $75,000.00 |
| Title Fee to North American Title | 2500-000 | NA | $1,000.00 | $1,000.00 | $1,000.00 |
| Title Insurance to North American Title | 2500-000 | NA | $9,772.00 | $9,772.00 | $9,772.00 |
| Integrity Bank | 2600-000 | NA | $0.00 | $0.00 | $0.00 |
| Pinnacle Bank | 2600-000 | NA | $215.19 | $215.19 | $215.19 |
| County Taxes | 2820-000 | NA | $5,140.18 | $5,140.18 | $5,140.18 |
| PAUL M. HEALEY, Accountant for Trustee | 3410-000 | NA | $500.00 | $500.00 | $500.00 |
| Real Estate Commission to Horton & Morgan and Associates., Realtor for Trustee | 3510-000 | NA | $131,295.00 | $131,295.00 | $131,295.00 |
| Real Estate Commission to Keller Williams Utah Realtors, Realtor for Trustee | 3510-000 | NA | $131,295.00 | $131,295.00 | $131,295.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $533,292.86 | $533,138.89 | $396,546.86 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | GARY BARBOUR AND LINDA BARBOUR | 7200-000 | $500,000.00 | $500,000.00 | $500,000.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $500,000.00 | $500,000.00 | $500,000.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1
Exhibit 8

| Case No.: | 16-11123-ABL | Trustee Name: | Lenard E. Schwartzer |
| --- | --- | --- | --- |
| Case Name: | 72247 RE VENTURES INCORPORATED | Date Filed (f) or Converted (c): | 03/04/2016 (f) |
| For the Period Ending: | 7/9/2018 | §341(a) Meeting Date: | 04/08/2016 |
| | | Claims Bar Date: | 10/07/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  2680 Aspen Springs Drive Park City, UT 84070 | $5,750,000.00 | $5,250,000.00 | | $4,398,001.21 | FA |
| **Asset Notes:** Trustee will be selling home | | | | | |
| 2  Furniture and other personal property contained in 2680 Aspen Springs Drive, Park City, UT 84060 | $5,000.00 | $5,000.00 | | $0.00 | FA |
| 3  Bankruptcy Trustee Release Fee (u) | $0.00 | $20,000.00 | | $20,000.00 | FA |

**TOTALS (Excluding unknown value)**                                                                                   **Gross Value of Remaining Assets**
                        $5,755,000.00            $5,275,000.00                                   $4,418,001.21                          $0.00

**Major Activities affecting case closing:**

02/13/2018    4/2/18 FILED & SERVED NOTICE OF HEARING & FILING TFR ON BEHALF OF VICKIE NELSON; DISTRIBUTE FUNDS; REPORT OF DISTRIBUTION

| | | | |
| --- | --- | --- | --- |
| Initial Projected Date Of Final Report (TFR): | 12/29/2017 | /s/ LENARD E. SCHWARTZER | |
| Current Projected Date Of Final Report (TFR): | 12/04/2017 | LENARD E. SCHWARTZER | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-11123-ABL | | Trustee Name: | Lenard E. Schwartzer |
|---|---|---|---|---|
| Case Name: | 72247 RE VENTURES INCORPORATED | | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***3746 | | Checking Acct #: | ******1123 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 3/4/2016 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/9/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/05/2018 | | Pinnacle Bank | Transfer Funds | 9999-000 | $19,284.81 | | $19,284.81 |
| 02/28/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $22.18 | $19,262.63 |
| 03/01/2018 | | Integrity Bank | Reverse bank fee | 2600-000 | | ($22.18) | $19,284.81 |
| 05/23/2018 | 101 | Victoria L. Nelson | Trustee Compensation | 2100-000 | | $19,198.01 | $86.80 |
| 05/23/2018 | 102 | Victoria L. Nelson | Trustee Expenses | 2200-000 | | $86.80 | $0.00 |
| | | | TOTALS: | | $19,284.81 | $19,284.81 | $0.00 |
| | | | Less: Bank transfers/CDs | | $19,284.81 | $0.00 | |
| | | | Subtotal | | $0.00 | $19,284.81 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $19,284.81 | |

**For the period of 3/4/2016 to 7/9/2018**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $19,284.81 |
| | |
| Total Compensable Disbursements: | $19,284.81 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $19,284.81 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 02/05/2018 to 7/9/2018**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $19,284.81 |
| | |
| Total Compensable Disbursements: | $19,284.81 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $19,284.81 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 16-11123-ABL | | Trustee Name: | Lenard E. Schwartzer |
|---|---|---|---|---|
| Case Name: | 72247 RE VENTURES INCORPORATED | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***3746 | | Checking Acct #: | ******0239 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 3/4/2016 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/9/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/08/2017 | | North American Title Company | Sale of Real Estate Per Court Order Dated 4/7/17 Dkt. #82. | * | $20,000.00 | | $20,000.00 |
| | {1} | | $4,380,000.00 | 1110-000 | | | $20,000.00 |
| | {1} | | HOA Prorated Dues $237.81 | 1180-002 | | | $20,000.00 |
| | {1} | | HOA Charges April $3.40 | 1180-002 | | | $20,000.00 |
| | | | County Taxes $(5,140.18) | 2820-000 | | | $20,000.00 |
| | | | Title Fee to North American Title $(1,000.00) | 2500-000 | | | $20,000.00 |
| | | | Title Insurance to North American Title $(9,772.00) | 2500-000 | | | $20,000.00 |
| | | | Real Estate Commission to Keller Williams Utah Realtors $(131,295.00) | 3510-000 | | | $20,000.00 |
| | | | Real Estate Commission to Horton & Morgan and Associates. $(131,295.00) | 3510-000 | | | $20,000.00 |
| | | | Payoff of First Mortgage Loan to Nationstar Mortgage, LLC $(3,791,181.30) | 4110-000 | | | $20,000.00 |
| | | | Payoff of Second Mortgage Loan to Real Time Resolutions $(200,000.00) | 4110-000 | | | $20,000.00 |
| | | | Payoff Utah State Tax Lien to Utah State Tax Commission $(30,273.05) | 4700-000 | | | $20,000.00 |
| | | | Final Assessments to Park City Municipal $(284.68) | 2500-000 | | | $20,000.00 |
| | {1} | | Realtor Credit for AMEX Judgment $17,760.00 | 1180-002 | | | $20,000.00 |
| | | | Payoff AMEX Judgment to American Express Centurion Bank $(5,000.00) | 2500-000 | | | $20,000.00 |
| | | | Payoff to AMEX Judgment to American Express Centurion Bank $(17,760.00) | 2500-000 | | | $20,000.00 |
| | | | Payoff Water Share Lien to Western Mortgage $(75,000.00) | 2500-000 | | | $20,000.00 |
| | {3} | | Bankruptcy Release Fee $20,000.00 | 1229-000 | | | $20,000.00 |
| 06/02/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $29.16 | $19,970.84 |
| 07/05/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $31.19 | $19,939.65 |
| 07/16/2017 | 1001 | PAUL M. HEALEY | Per Court Order Dated 7/14/17 Dkt. #99 First and Final for Compensation for Estate Tax Returns. | 3410-000 | | $500.00 | $19,439.65 |
| 08/02/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $31.90 | $19,407.75 |
| 09/05/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $62.65 | $19,345.10 |
| 10/03/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $30.23 | $19,314.87 |
| | | | **SUBTOTALS** | | $20,000.00 | $685.13 | |

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 16-11123-ABL | | Trustee Name: | Lenard E. Schwartzer |
|---|---|---|---|---|
| Case Name: | 72247 RE VENTURES INCORPORATED | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***3746 | | Checking Acct #: | ******0239 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 3/4/2016 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/9/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/04/2017 | | Pinnacle Bank | Refund on August bank fee posted 9/5/2017 - the fees were posted for the incorrect amount | 2600-000 | | ($31.33) | $19,346.20 |
| 11/02/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $31.22 | $19,314.98 |
| 12/04/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $30.17 | $19,284.81 |
| 02/05/2018 | | Integrity Bank | Transfer Funds | 9999-000 | | $19,284.81 | $0.00 |
| | | | TOTALS: | | $20,000.00 | $20,000.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $19,284.81 | |
| | | | Subtotal | | $20,000.00 | $715.19 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $20,000.00 | $715.19 | |

| For the period of 3/4/2016 to 7/9/2018 | | For the entire history of the account between 04/25/2017 to 7/9/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $4,400,000.00 | Total Compensable Receipts: | $4,400,000.00 |
| Total Non-Compensable Receipts: | $18,001.21 | Total Non-Compensable Receipts: | $18,001.21 |
| Total Comp/Non Comp Receipts: | $4,418,001.21 | Total Comp/Non Comp Receipts: | $4,418,001.21 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $4,398,716.40 | Total Compensable Disbursements: | $4,398,716.40 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,398,716.40 | Total Comp/Non Comp Disbursements: | $4,398,716.40 |
| Total Internal/Transfer Disbursements: | $19,284.81 | Total Internal/Transfer Disbursements: | $19,284.81 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-11123-ABL | | Trustee Name: | Lenard E. Schwartzer |
|---|---|---|---|---|
| Case Name: | 72247 RE VENTURES INCORPORATED | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***3746 | | Checking Acct #: | ******0239 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 3/4/2016 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/9/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $20,000.00 | $20,000.00 | $0.00 |

**For the period of 3/4/2016 to 7/9/2018**

| | |
|---|---|
| Total Compensable Receipts: | $4,400,000.00 |
| Total Non-Compensable Receipts: | $18,001.21 |
| Total Comp/Non Comp Receipts: | $4,418,001.21 |
| Total Internal/Transfer Receipts: | $19,284.81 |
| | |
| Total Compensable Disbursements: | $4,418,001.21 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,418,001.21 |
| Total Internal/Transfer Disbursements: | $19,284.81 |

**For the entire history of the case between 03/04/2016 to 7/9/2018**

| | |
|---|---|
| Total Compensable Receipts: | $4,400,000.00 |
| Total Non-Compensable Receipts: | $18,001.21 |
| Total Comp/Non Comp Receipts: | $4,418,001.21 |
| Total Internal/Transfer Receipts: | $19,284.81 |
| | |
| Total Compensable Disbursements: | $4,418,001.21 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,418,001.21 |
| Total Internal/Transfer Disbursements: | $19,284.81 |

/s/ LENARD E. SCHWARTZER

LENARD E. SCHWARTZER